```
        UNITED STATES
        DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

      #  07004522  -  BS
         May 30, 2007


   Code    Case #    Qty    Amount

   CIVIL FI 07-734    1 @  350.00
                           350.00 CC


   TOTAL→             350.00


   FROM: LYNN BELL
         ONE GATEWAY CENTER
         PITTSBURGH PA 15222
```