IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DICAPRIO, individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| vs. | : : | No. 05-2025 |
| MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC., a Delaware Corporation d/b/a WAL-MART SUPER CENTER STORE NO. 2287, | : : : : : : : : : | |
| Defendants. | : | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Menu Foods Holdings, Inc.,

a defendant in this matter, makes the following disclosure:

1. Menu Foods Holdings, Inc. is a Delaware corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Limited owns 10% or more of Menu Foods Holdings' stock.

2. Menu Foods South Dakota Inc. is a Delaware corporation with its principal place of business in North Sioux City, South Dakota. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods South Dakota Inc.'s stock.

3. Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

{D0270811:1}

4. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

> By: /s/ Lynn E. Bell, Esquire
> Davies McFarland & Carroll, P.C.
> One Gateway Center; 10th Floor
> Pittsburgh, PA 15222
> (412) 281-0737
> lbell@dmcpc.com
> PA I.D. #38588
> Attorney for MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC.,
> Five of the Defendants

{D0270811:1}