DICAPRIO v. MENU FOODS INCOME FUND et al                                    Doc. 3 Att. 14

Case 4:07-cv-00173-MDSDA Document 5 Filed 05/09/2007 Page 1 of 2
Case 1:07-cv-00115-ML-LDA Document 3-1 Filed 04/19/2007 Page 1 of 14

No response

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CAROL BROWN, individually and on :
behalf of all others similarly situated :
                                       :
                 Plaintiff             :
                                       :
           vs.                         :  C.A. No. 07-115
                                       :
MENU FOODS, INC., MENU FOODS           :
INCOME FUND, MENU FOODS                :
MIDWEST CORPORATION, MENU              :
FOODS SOUTH DAKOTA, INC.               :
                                       :
                 Defendants            :

**DEFENDANTS MOTION TO STAY ALL PROCEEDINGS**

Now come Defendants, *Menu Foods, Inc., Menu Foods Income Fund, Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc.*, and hereby move this Court to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation pursuant to U.S.C. §1407 and pending a determination of class certification by the transferee court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support of this motion, Defendants rely upon the accompanying memorandum.

> /s/ Thomas C. Angelone
> Thomas C. Angelone, Esq.  #1373
> **HODOSH, SPINELLA & ANGELONE pc**
> One Turks Head Place, Suite 810
> Providence, Rhode Island 02903
> (401) 274-0200
> *Fax* (401) 274-7538
> angelonelaw@aol.com

Dated:  April 19, 2007

Granted.
Mary M. Lisi USDJ 5/9/07

## CERTIFICATION

I hereby certify that on this 19th day of April, 2007, I caused a copy of the within *Motion to Stay* to be electronically transmitted to:

Peter N. Wasylyk, Esq.    pnwlaw@aol.com

and mailed by first class mail, postage prepaid to:

Andrew S. Kierstead, Esq.
Law Office of Andrew S. Kierstead
1001 SW Fifth Avenue, Suite 1100
Portland, OR   97204

Marc Stanley, Esq.
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX   75205

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.   #1373