Jean M. Lawler (SBN 91254)
jlawler@murchisonlaw.com
Gina E. Och (SBN 170520)
goch@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendants,
MENU FOODS, etc., et al.

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOIS GRADY, KAYE STEINSAPIR, etc., <br><br> Plaintiffs, <br><br> vs. <br><br> MENU FOODS INCOME FUND, et al., <br><br> Defendants. | CASE NO. CV 07-2253-GHK (AJWx) <br><br> [~~PROPOSED~~] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE <br><br> Date: June 11, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 650 <br><br> Judge: Hon. George H. King |

**NOTE CHANGES MADE BY THE COURT.**

On ~~June 11~~, 5/22, 2007, defendants, MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS LIMITED, MENU FOODS OPERATING LIMITED PARTNERSHIP, and MENU FOODS MIDWEST CORP.'s Motion to Stay All Proceedings came on regularly for hearing before the Honorable George H. King, Judge presiding in the above-entitled action.

Having considered the motion, the papers filed in support thereof and in opposition thereto, all relevant authorities, ~~the oral argument of counsel~~, and the case file, the Court hereby,

DOCKETED ON CM
MAY 2 4 2007
BY ___ 145

CV 07-2253-GHK (AJWx)

1       **IT IS ORDERED AND ADJUDGED** that this matter, including the deadlines for

2 the parties to participate in class certification and other pretrial proceedings, be stayed

3 ~~pending the establishment of *In re: Pet Food Products Liability Litigation*, MDL Docket~~

4 ~~No. 1850, and the potential subsequent transfer of this case for coordinated pretrial~~

5 ~~proceedings with other actions pending throughout the country.~~

[Handwritten interlineation: decision by the Panel on Multi-District Litigation on the pending motions to transfer & coordinate/consolidate pending actions. Counsel shall file a joint status report w/in 48 hrs of such decision by the MDL Panel or w/in 30 days hereof, whichever is sooner.]

6       **IT IS FURTHER ORDERED** that all parties shall, during the pendency of the

7 stay of this matter, comply with their duty to preserve all evidence that may be relevant

8 to this action. This duty extends to documents, electronic data, and tangible things in the

9 possession, custody and control of the parties to this action, and any employees, agents,

10 contractors, or carriers who possess materials reasonably anticipated to be the subject of

11 discovery in this action. "Preservation" is to be interpreted broadly to accomplish the

12 goal of maintaining the integrity of all documents, data and tangible things reasonably

13 anticipated to be the subject of discovery under Federal Rules of Civil Procedure 26, 45

14 and 56(e) in this action. Preservation includes taking reasonable steps to prevent the

15 partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping,

16 relocation, migration, theft, or mutation of such material, as well as negligent or

17 intentional handling that would make material incomplete or inaccessible. If the

18 business practices of any party involve the routine destruction, recycling, relocation, or

19 mutation of materials, the party must, to the extent practicable for the pendency of this

20 order, either:

21       i)     halt such business practices;

22       ii)    sequester or remove such material from the business process; or

23       iii)   arrange for the preservation of complete and accurate duplicates or

24                 copies of such material, suitable for later discovery if requested.

25 Dated: 5/22/07

26

27

                                    THE HONORABLE GEORGE H. KING

28                                     UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On May 11, 2007, I served true copies of the following document described as **[PROPOSED] ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 11, 2007, at Los Angeles, California.

_____
MARJORIE K. DE JOHNETTE

## SERVICE LIST

| | |
|---|---|
| Gregory D. Helmer, P.C.<br>Andrew H. Friedman, P.C.<br>HELMER FRIEDMAN, LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Tele: (310) 396-7714<br>Fax: (310) 396-9215 | Plaintiffs |
| Paul L. Hoffman, Esq.<br>Michael D. Seplow, Esq.<br>Michael S. Morrison, Esq.<br>SCHOMBURN DE SIMONE SEPLOW<br>HARRIS & HOFFMAN LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>Tele: (310) 396-0731<br>Fax: (310) 399-7040 | Plaintiffs |
| Brian S. Inamine, Esq.<br>WRIGHT, ROBINSON, OSTHIMER & TATUM<br>888 South Figueroa Street, Suite 1800<br>Los Angeles, CA 90017-5455<br>Tele: (213) 488-0503<br>Fax: (213) 624-3755 | Defendant, Nutro Products, Inc. |
| Charles H. Horn, Esq.<br>WRIGHT, ROBINSON, OSTHIMER & TATUM<br>44 Montgomery Street, 18th Floor<br>San Francisco, CA 94104-4605<br>Tele: (415) 391-7111<br>Fax: (415) 391-8766 | Defendant, Nutro Products, Inc |
| Charles H. Abbott, Esq.<br>Gary L. Justice, Esq.<br>William E. Wegner, Esq.<br>GIBSON, DUNN & CRUTCHER<br>333 South Grand Avenue, 45th Floor<br>Los Angeles, CA 90071-3197<br>Tele: (213) 229-7000 | Defendant, Nutro Products, Inc. |
| Barbara L. Crouch, Esq.<br>Pillsbury Winthrop Shaw Pittman, LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>Tele: (213) 488-7100<br>Fax: (213) 629-1033 | Defendant, Petco Animal Supplies, Inc. |

FWS\27612\Grady\MTS-051107-GEO