IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY DICAPRIO, individually and on behalf of all others similarly situated, | : | No. 2:07-cv-00734 |
| | : | |
| Plaintiff, | : | |
| | : | JURY DEMAND |
| vs. | : | |
| | : | |
| MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC., a Delaware Corporation d/b/a WAL-MART SUPER CENTER STORE NO. 2287, | : | (CLASS ACTION) |
| | : | |
| Defendants. | : | |

## **ORDER OF COURT**

AND NOW to-wit this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion for Extension of Time to Plead or File Further Motions is GRANTED by way of a forty five (45) day extension from the time it is notified of the denial to file a responsive pleading or further motion.

BY THE COURT:

_____, J.

{D0271298:1}