IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY DICAPRIO, individually and on behalf of all others similarly situated,   :<br>:<br>Plaintiff,   :<br>:<br>vs.   :<br>:<br>MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS MIDWEST CORPORATION, MENU FOODS SOUTH DAKOTA, INC., MENU FOODS HOLDINGS, INC., WAL-MART STORES, INC., a Delaware Corporation d/b/a WAL-MART SUPER CENTER STORE NO. 2287,   :<br>:<br>Defendants.   :<br>: | No. 2:07-cv-00734<br><br>JURY DEMAND<br><br>(CLASS ACTION) |

## ORDER OF COURT

AND NOW to-wit this 14th day of June, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion for Extension of Time to Plead or File Further Motions is GRANTED by way of a forty five (45) day extension from the time it is notified of the denial to file a responsive pleading or further motion.

BY THE COURT:

_____, J.

{D0271298:1}