JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 1 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1850

### IN RE Pet Food Products Liability Litigation

~~Yvonne Ortiz v. Menu Foods, Inc., et al., D. Hawaii, C.A. No. 1:07-323~~ Opposed 8/16/07

*Mary DiCaprio v. Menu Foods Income Fund, et al.*, W.D. Pennsylvania, C.A. No. 2:07-734

### CONDITIONAL TRANSFER ORDER (CTO-2)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 65 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dockets.Justia.com

# INVOLVED COUNSEL LIST (CTO-2)
## MDL NO. 1850
### IN RE Pet Food Products Liability Litigation

Lynn E. Bell
Davis, McFarland & Carroll
One Gateway Center
10th Floor
Pittsburgh, PA 15222

Joseph S. Bellissimo
Peirce, Raimond & Coulter
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA 15219

Emily A. Gardner
Emily A. Gardner, Attorney at Law LLC
735 Bishop Street
Suite 402
Honolulu, HI 96813

Thomas R. Grande
Davis, Levin, Livingston, Grande
Davis Levin Livingston Grande Place
851 Fort Street
Suite 400
Honolulu, HI 96813-4317

Barbara J. Kirschenbaum
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI 96813