William T. Walsh
Clerk

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**

CAMDEN OFFICE
4th & Cooper Streets
P.O. Box 2797
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

Date: August 21, 2007                                    Reply to Camden

**RECEIVED**

Mr. Robert V. Barth, Jr., Clerk
United States District Court                    AUG 2 3 2007
3100 United States Post Office  and Courthouse
700 Grant Street                              CLERK, U.S. DISTRICT COURT
Pittsburgh, PA 15219-1906                      WEST. DIST. OF PENNSYLVANIA

Re:  MDL1850 In Re: Pet Food Products Liability Litigation

    District of New Jersey Civil Action No.  1:07-cv-02867 (NLH)(AMD)

Dear Clerk:

    Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable, Noel L. Hillman, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

    If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities.  If you have any questions, please call me at 856-757-5021.

    Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

                                    Sincerely,

                                    WILLIAM T. WALSH, Clerk

                                    s/ Tom Haggerty
                                    /s/ Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation
DNJ-Civ-MDL001